UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-8022-WM

UNITED STATES OF AMERICA

v.

Henry Joel Peralta-Carias

                Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___ Yes  ✓ No

                Respectfully submitted,

                ARIANA FAJARDO ORSHAN
                UNITED STATES ATTORNEY

        BY:   *Rinku Tribuiani*
                RINKU TRIBUIANI
                ASSISTANT UNITED STATES ATTORNEY
                Florida Bar No.   0150990
                500 South Australian Avenue, Suite 400
                West Palm Beach, Florida 33401
                Tel:     (561) 820-8711
                Fax:     (561) 820-8777
                Email:   RTribuiani@usa.doj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Henry Joel Peralta-Carias<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 21-8022-WM |

FILED BY ___SP___ D.C.

Jan 25, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 23, 2021__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Andy Korzen, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1.

Date: 01/25/2021

_____
*Judge's signature*

City and state: West Palm Beach, FL     William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over seventeen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Henry Joel PERALTA-CARIAS committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about January 23, 2021, Henry Joel PERALTA-CARIAS was arrested in Palm Beach County, Florida for driving without a driver's license. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system resulting in a positive match for an individual previously removed from United States, that is, Henry Joel PERALTA-CARIAS.

4. A review of the immigration electronic records shows that Henry Joel PERALTA-CARIAS is a native and citizen of Honduras. Records further show that on or

1

about March 11, 2015, Henry Joel PERALTA-CARIAS was ordered removed. The Order of Removal was executed on or about March 16, 2015, whereby Henry Joel PERALTA-CARIAS was removed from the United States and returned to Honduras.

5. Further review of the records shows that on or about September 30, 2020, in the Court of First Instance of the Judicial Section, Juticalpa, Department of Olancho, Honduras, a warrant for the arrest of Henry Joel PERALTA-CARIAS was issued for the offense of injury causing death/manslaughter/murder with a firearm. On January 24, 2020, Interpol in Washington, D.C. confirmed that warrant is still outstanding.

6. I scanned Henry Joel PERALTA-CARIAS's fingerprints taken in connection with his January 23, 2021 arrest in Palm Beach County into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is, Henry Joel PERALTA-CARIAS.

7. I performed a records check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Henry Joel PERALTA-CARIAS filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Henry Joel PERALTA-CARIAS obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States, as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about January 23, 2021, Henry Joel PERALTA-CARIAS, an alien who was previously deported and removed from the United States, was found in the United States, without having received express consent from the Attorney General, or the Secretary of

the Department of Homeland Security, for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 in West Palm Beach, Florida this __25th__ day of January 2021.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3